# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 4, 2024

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Sothern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: United States v. Demetrius Ware, 7:22-Cr. 640 (KMK)

Dear Judge Karas:

    I represent Demetrius Ware in the above-referenced case. I write to join in the application of fellow co-counsel to request permission to procure with CJA funds a laptop computer and any external hard drives to provide Mr. Ware access to discovery in this matter under the terms provided in the court's modified December 4, 2023 discovery order. See ECF No.115. Mr. Ware is confined to MDC-Brooklyn.

Granted.

So Ordered.
1/5/24

Respectfully submitted,

s/James Roth
James Roth Esq.
Counsel for Demetrius Ware