# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

June 12, 2024

**By ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Demetrius Ware, 22 Cr. 640 (KMK)

Dear Judge Karas :

I write to request that Your Honor authorize the submission of interim CJA vouchers by myself and my service providers due to the complexity of the matter and the expected protracted nature of the litigation.

Granted.
So Ordered.
6/12/24

Very truly yours,

s/ James Roth, Esq.