## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212)619-4240  
FAX (212)619-6743

BY ECF

March 9, 2025

The Honorable Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Re: United States v. Demetrius Ware, 22 Cr. 640 (KMK)

Dear Judge Karas:

    I write with the consent of the government and my client to request that Donald Yanella, Esq. stand for Mr. Ware at the conference on this matter on March 12, 2025.

Very truly yours,

s/ James Roth

Granted.

So Ordered.

/s/  
3/10/25