

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 14, 2025

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Kashad Sampson, et al.*, No. S3 S2 22 Cr. 640 (KMK)

Dear Judge Karas:

    The Government writes respectfully, with the consent of defense counsel, to request an adjournment of the sentencing of Demetrius Ware to December 17, 2025, at 10:30 a.m. The Government also requests that the associated sentencing submission deadlines be adjourned.

Granted.

So Ordered.
10/14/25

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____/s/_____
Jennifer N. Ong
Ryan W. Allison
Margaret N. Vasu
Assistant United States Attorneys
Tel: 212-637-2224 / -2474 / 914-993-1926

cc:    Counsel of Record (via ECF)